IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:25-CV-410-M-KS

| | |
|---|---|
| IBRAHIM ABDELFATTAH ABDELAZIZ MOHAMED HASHISH, <br><br> PLAINTIFF, <br><br> V. <br><br> UNITED STATES DEPARTMENT OF STATE; U.S. EMBASSY IN MANILA, PHILIPPINES; MARCO RUBIO, UNITED STATES SECRETARY OF STATE; MARYKAY L. CARLSON, AMBASSADOR EXTRAORDINARY AND PLENIPOTENTIARY TO THE REPUBLIC OF THE PHILIPPINES <br><br> DEFENDANTS. | ORDER |

This matter is before the Court on the United States' unopposed motion to stay all deadlines in this case for 30 days, up to and including November 7, 2025, due to the lapse in congressional appropriations. For good cause shown:

IT IS HEREBY ORDERED that the United States' motion [DE #10] is GRANTED.

IT IS FURTHER ORDERED that all deadlines in this case shall be STAYED for 30 days, up to and including **November 7, 2025**. This order applies to any and all events and deadlines in the affected civil litigation (whether established by order, rule, or agreement), including but not limited to any scheduled proceedings,

hearings, and/or discovery and pleading dates. This order does not pertain to trial dates, which shall be reset, if necessary, by separate order. Furthermore, the parties are warned that this order does not affect rights to or deadlines concerning appeal from any decision of this court.

SO ORDERED, this 14th day of October 2025.

_____
KIMBERLY A. SWANK
United States Magistrate Judge